

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
JAN 09 2008
Jan 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kendrick Butler
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Mount Vernon police depArtment
city of cedar rapids Iowa
Lynn County police depArtment
Lynn County sheriff department
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV0199
JUDGE SHADUR
MAG. JUDGE SCHENKIER

Case No. _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

__X__ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.   Plaintiff(s):

Kendrick Butler

Revised: 7/20/05

A. Name: Kendrick Butler

B. List all aliases: _____

C. Prisoner identification number: 20070034408

D. Place of present confinement: Chicago, IL  Cook County 60608

E. Address: 26 S. California  P.O. Box

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Mount Vernon Police department City of Cedar Rapids Iowa
   Title: Police Department
   Place of Employment: Mount Vernon, Iowa

B. Defendant: Lynn County Correctional Center
   Title: Correctional/Sheriff office
   Place of Employment: Cedar Rapids

C. Defendant: City of Cedar Rapids Iowa
   Title: _____
   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised: 7/20/05

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.    Is there a grievance procedure available at your institution?

        YES ( )   NO (X)   If there is no grievance procedure, skip to F.

    B.    Have you filed a grievance concerning the facts in this complaint?

        YES ( )   NO (X)

    C.    If your answer is YES:

        1.    What steps did you take?

        2.    What was the result?

        3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

    D.    If your answer is NO, explain why not:

Revised: 7/20/05

E.  Is the grievance procedure now completed?   YES ( )  NO (X)

F.  If there is no grievance procedure in the institution, did you complain to authorities?  YES (X)  NO ( )

G.  If your answer is YES:

1.  What steps did you take?
    I Kendrick Butler wrote the director and told him that my constitutional rights has been violated

2.  What was the result?
    No response

H.  If your answer is NO, explain why not:

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

    A. Name of case and docket number: 07C6826

    B. Approximate date of filing lawsuit: 11/20/07

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Kendrick Butler

    D. List all defendants: Officer (Shuhch), Sgt (Barton) Superintendent (Turner), assistant Executive Director (Ramaro), Executive Director (Salvador Godinez) Sheriff (Thomas Dart)

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court Northern District of Illinois Eastern Divsi

    F. Name of judge to whom case was assigned: Not mention

    G. Basic claim made: Medical and mental Disabilities

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

    I. Approximate date of disposition:

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised: 7/20/05

V.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On February 7, 2007 I was exiting Erick Wick Residence when two unmarked cars pulled up, I never paid real close attension to the vehicle's so I continued to walk to my car 1979 "Volks wagon" to Jump start my car and remove it from in front of the next door neighbor house due to the tickets that were left, I sat in my car to start my vehicle when an un~~marked~~ uniformed officer asked me my name when I respond to the officer why am I getting asked my name he told me he were a police officer and he investagating some burglaries that happened in mount vernon I told him that this is Not my residence and my name is irrelevent if my lawyer Not ~~present~~ present for any question he has for me, the officer didn't ask for licence and insurance of registration he told me I have to comply with him and he's going to Arrest me if I don't tell

6

him my name thats when I asked to speak to his supervisor which would be sgt on the location he told me no I can't speak to his supervisor and give him my name after I told him I'm protected by my miranda rights so after I give him my name he did a check and nothing came back so he arrested me and took me in saying I'm under investagation for a burglary but ~~~~ when being charged mount vernon police department seized property from me that had nothing to do with the burglary, then after figuring out that may property were insufficient evidence I still received no documents saying I can have somebody pick up my property. Now my property is garnished with no way of receiving back, I've lost more than $10,000 worth of property I want my property or money in exchange thank you. I were also unlawfully arrested with time tooken out my life

VI.   Relief:

7

Revised: 7/20/05

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Give back my property or money in exchange and I want to get back the time that was tooken out my life with pension.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 31 day of Dec, 2007

_Kendrick Butler_
(Signature of plaintiff or plaintiffs)

Kendrick Butler
(Print name)

20070034408
(I.D. Number)

4905 W. Fulton
Chicago IL 60644
265 S. California P.O. Box 089002
(Address)