**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Kendrick Butler
                          Plaintiff,

v.                                          Case No.: 1:08−cv−00199
                                                      Honorable Milton I. Shadur

Mount Vernon Police Department, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 14, 2008:

      MINUTE entry before Judge Milton I. Shadur : Enter Memorandum. Both the Complaint and this action are dismissed, without prejudice to Butler's ability to refile his action in an appropriate Iowa court.Motion for leave to proceed in forma pauperis[3] denied as moot; Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.