IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENDRICK BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 08 C 199 |
| | ) |
| MOUNT VERNON POLICE DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM ORDER

Kendrick Butler ("Butler") has just submitted a Complaint against three Iowa law enforcement offices (two police departments and one sheriff's department), using the form of 42 U.S.C. §1983 Complaint provided by this District Court's Clerk's Office for use by persons in custody. But of course the fact that Butler is now being held at the Cook County Jail (Complaint ¶I.D and E) does not entitle him to sue those Iowa-based defendants here for conduct that took place only in that state.

There are a host of other mistakes in the Complaint, but they need not be addressed in light of the most fundamental problem just adverted to. Both the Complaint and this action are dismissed, without prejudice to Butler's ability to refile his action (more properly framed, to be sure) in an appropriate Iowa court.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 14, 2008